**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CYNTHIA SMITH,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1439** |
| | : | |
| **NCB MANAGEMENT SERVICES,** | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW**, this **21st** day of **September 2026**, upon consideration of Plaintiff Cynthia Smith's Motion to Proceed *In Forma Pauperis* (ECF No. 7), and *pro se* Complaint (ECF No. 1) it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** as frivolous for the reasons stated in the Court's accompanying Memorandum.

4. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, J.**